October 15, 2009

Judge Paul Papak
UNITED STATES DISTRICT COURT
ROOM 740
1000 S.W. THIRD AVENUE
PORTLAND, OR 97204-2902        VIA CERTIFIED USPO MAIL #7008 1140 0001 9823 4343

RECVD '09 OCT 16 09:55 USDC-ORP

RE:  FINDINGS AND RECCOMMENDATIONS in Case Nos. 3:09-CV-687 and 688-PK

Dear Judge:

    You do not have my consent to ignore or dismiss my "Counter Claim" stamped by your clerk 09 JUL 28 12:37-orpUSDC.

Sincerely,

Morse Edward Stewart    October 15, 2009
Morse Edward Stewart, Secured Party Creditor    Dated
C/o 57985 Timber Road
Vernonia, Oregon [97064]