

FILED
MAR 19 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**MORSE E. STEWART,**                                   Civil No. 09-687-PK

　　　　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　　　ORDER

　　v.

**MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.; U.S. BANK NATIONAL
ASSOCIATION; and NORTHWEST TRUSTEE
SERVICES, INC.,**

　　　　　　　　Defendants.

_____

　　　　Morse Edward Stewart
　　　　57985 Timber Road
　　　　Vernonia, Oregon  97064

　　　　　　　　Pro Se Plaintiff

Page 1 - ORDER

Teresa M. Shill
Routh Crabtree Olsen, PC
11830 SW Kerr Parkway, Suite 385
Lake Oswego , Oregon  97035

Attorney for Defendants

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and

Recommendation on February 9, 2010.  Plaintiff filed timely objections to the Findings and

Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation

concerning a dispositive motion or prisoner petition, the district court must make a de novo

determination of that portion of the magistrate's report.  28 U.S.C. § 636(b)(1); Fed. R. Civ.

P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309,

1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  This court has, therefore, given de novo

review of the rulings of Magistrate Judge Papak.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Papak dated

February 9, 2010 (#39) in its entirety.

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss (#31) is granted.

Judgment will be entered.

DATED this _19_ day of March, 2010.

_____
GARR M. KING
United States District Judge

Page 2 - ORDER