

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MORSE E. STEWART,** | Civil No. 09-687-PK |
| Plaintiff, | |
| | O R D E R |
| v. | |
| **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; U.S. BANK NATIONAL ASSOCIATION;** and **NORTHWEST TRUSTEE SERVICES, INC.,** | |
| Defendants. | |

Morse Edward Stewart
57985 Timber Road
Vernonia, Oregon  97064

Pro Se Plaintiff

Page 1 - ORDER

Teresa M. Shill
Routh Crabtree Olsen, PC
11830 SW Kerr Parkway, Suite 385
Lake Oswego, Oregon 97035

       Attorney for Defendants

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on February 9, 2010. Plaintiff filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a de novo determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). This court has, therefore, given de novo review of the rulings of Magistrate Judge Papak.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Papak dated February 9, 2010 (#39) in its entirety.

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss (#31) is granted. Judgment will be entered.

DATED this 19 day of March, 2010.

                                     /s/ Garr M. King
                                       GARR M. KING
                                       United States District Judge